UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-1071-LY |
| | ) |
| CHW GROUP, INC. d/b/a Choice Home Warranty, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF TENTATIVE EXTRA-JUDICIAL RESOLUTION**

Plaintiff, JAMES COOK, on behalf of himself and Defendant, CHW GROUP d/b/a CHOICE HOME WARRANTY (individually, "CHW" and together with Plaintiff, the "Parties"), with CHW's notice and permission, hereby notifies the Court that the Parties have reached a tentative extra-judicial resolution of the Parties' differences and disputes in the above-captioned matter, in full. A notice of dismissal will be filed separately.

The Parties are in the process of negotiating and executing a formal written agreement that memorializes the foregoing and will advise the Court and file all other necessary paperwork relating thereto in due course. In the meantime, Plaintiff, on behalf of the Parties, respectfully requests that the Court stay all pending deadlines and rulings on all pending motions in this case until further notice, along with granting all other relief and entering all other orders as the Court deems just and appropriate.

[INTENTIONALLY LEFT BLANK]

RESPECTFULLY SUBMITTED,

DATED: May 30, 2019            By:/s/   *Michael S. Agruss* _____
                                Michael S. Agruss
                                Agruss Law Firm, LLC
                                4809 N. Ravenswood Ave, Suite 419
                                Chicago, IL 60640
                                Tel: 312-224-4695
                                Fax: 312-253-4451
                                michael@agrusslawfirm.com
                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on May 30, 2019, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                        By: /s/ Michael S. Agruss
                            Michael S. Agruss

2