# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

JAMES COOK,                                )
                                           )
     Plaintiff,                           )
                                           )
     v.                                   )     Case No. 1:18-cv-1071-LY
                                           )
CHW GROUP, INC. d/b/a Choice Home          )
Warranty,                                  )
                                           )
     Defendant.                           )

## STIPULATION TO DISMISS

     Plaintiff, JAMES COOK, and Defendant, CHW GROUP, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

/s/ *Michael S. Agruss*                    By: /s/ *A. Paul Heeringa*
Michael S. Agruss                          A. Paul Heeringa
AGRUSS LAW FIRM, LLC                       MANATT, PHELPS & PHILLIPS, LLP
Agruss Law Firm, LLC                       151 North Franklin Street, Suite 2600
4809 N. Ravenswood Ave. Suite 419          Chicago, IL 60606
Chicago, IL 60640                          Telephone: 312-529-6308
Tel: 312-224-4695                          Facsimile: 312-529 6315
Fax: 312-253-4451                          pheeringa@manatt.com
michael@agrusslawfirm.com                  Attorney for Defendant
Attorney for Plaintiff,                    *Admitted Pro Hac Vice*

1

## CERTIFICATE OF SERVICE

I certify that on June 28, 2019, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss