IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES COOK, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. 1:18-CV-1071-LY |
| V. | § | |
| | § | |
| CHW GROUP, INC., D/B/A CHOICE HOME WARRANTY, | § | |
| DEFENDANT. | § | |

**FINAL JUDGMENT**

Before the court is the above entitled cause. On June 28, 2019, the parties filed a Stipulation to Dismiss with prejudice (Doc. #33), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _____ day of July, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE